THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, in its capacity as fiduciary of the Microsoft Corporation Welfare Plan,<br><br>                    Plaintiff,<br>     v.<br><br>MOHAR CHATTERJEE, individually, and SEAN B. MALCOLM, PLLC,<br><br>                    Defendants. | CASE NO. C20-1800-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Microsoft Corporation's motion for clerk's entry of default as to Defendants Mohar Chatterjee and Sean B. Malcolm, PLLC (Dkt. No. 9). Federal Rule of Civil Procedure 55(a) authorizes the Clerk to enter a party's default if the party has "failed to plead or otherwise defend." Here, Defendants filed an answer to Plaintiff's complaint prior to the Clerk entering Defendant's default. (*See* Dkt No. 10.) Accordingly, the Court DENIES Plaintiff's motion.

//

//

MINUTE ORDER
C20-1800-JCC
PAGE - 1

DATED this 3rd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
