THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, in its capacity as fiduciary of the Microsoft Corporation Welfare Plan,<br><br>              Plaintiff,<br>    v.<br><br>SEAN B. MALCOLM, PLLC, *et al.,*<br><br>              Defendants. | CASE NO. C20-1800-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set the trial briefing schedule (Dkt. No. 27). On November 24, 2021, Plaintiff filed a motion for summary judgment noted for December 17, 2021. (Dkt. No. 22.) Defendants Sean B Malcolm PLLC and Mohar Chatterjee anticipates filing a cross-motion for summary judgment. (Dkt. No. 27 at 1.) Thus, the parties stipulate to a briefing schedule in order to maximize judicial efficiency and in accordance with Local Civil Rule 7(k).

Accordingly, the motion, is GRANTED. The briefing schedule with respect to the motion for summary judgment and anticipated cross motion is as follows:

1. Defendants' cross motion for summary judgment is due December 30, 2021;

MINUTE ORDER
C20-1800-JCC
PAGE - 1

2. Responses to both motions are due January 17, 2022;

3. Replies in support of both motions are due January 21, 2022; and

4. The Clerk is DIRECTED to renote Plaintiff's motion for summary judgment (Dkt. No. 22) for January 21, 2022.

DATED this 13th day of December 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk